PIUS L. SCHWERT, as Executor, etc., of HELEN A. CRAWFORD, Deceased, Respondent, v. MARK E. CRAWFORD, Appellant.— Order so far as it vacates the judgment and decision and orders the case upon the trial calendar reversed on the law, without costs, and otherwise affirmed, and motion to vacate the judgment and decision denied, with leave to make further motion for the same relief on the ground of newly-discovered evidence or any other ground recognized by the law and practice of the court. The judgment in this action was entered upon a decision of the court after a trial. Any irregularity or error on the trial should have been tested by appeal but no appeal was taken. The affidavits are insufficient if the motion is to be treated as one for a new trial based on newly-discovered evidence. Fraud is not urged as a basis for the order. We find no other grounds for the relief granted. For these reasons we must hold that the respondents failed to make a proper showing to justify the order which was granted. All concur.

WHEELER SHIPYARD, INCORPORATED, Appellant, v. HAROLD E. CURRAN, Respondent.— Order modified by granting leave to renew and as modified affirmed, without costs. Memorandum: Respondent's supporting affidavit is indefinite and the proposed subjects for examination are too general and elaborate to meet the requirements of the statute. We, therefore, modify the order appealed from by granting leave to plaintiff to make a new motion under section 293 of the Civil Practice Act in case it does not elect to proceed under section 290. All concur.

DOMENICO GIAMBERARDINO and Another, Respondents, v. MORLEY CONSTRUCTION COMPANY, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that it satisfactorily appears from the affidavit that the person served with the summons was not at the time of the service a managing agent. All concur, except Sears, P. J., and Crosby, J., who dissent and vote for affirmance.

NIAGARA FALLS MILLING COMPANY, Appellant, v. CHARLES E. HAYNES and Another, Doing Business under the Firm Name and Style of CHARLES E. HAYNES & SON, Respondents.— Order modified by providing for the striking out from the complaint the 4th, 13th, 22d, 31st, 40th, 49th and 58th causes of action, and other allegations in the complaint in respect to the securing of options or the making up and retention of material, and by striking out from the order the paragraph numbered 2, and as modified affirmed, without costs on this appeal. All concur.

J. ANNA AINSWORTH, Appellant, v. WILLIAM A. AINSWORTH, Respondent.— Order affirmed, without costs on this appeal. All concur.

JOHN ZATYCKI, Respondent, v. STANLEY LAWRENCE, Appellant.— Judgment affirmed, with costs. All concur.